## JOE BELT v. STATE.

No. 301. Opinion Filed September 25, 1909.

(103 Pac. 1069.)

**APPEAL—Briefs—Failure to File—Scope of Review.** When no briefs are filed, this court will only examine the record for fundamental errors, and, if the information is correctly drawn, the evidence is sufficient, if the instructions are free from error, and the judgment is regular, it will be affirmed.

(Syllabus by the Court.)

*Appeal from Pontotoc County Court; Joel Terrell. County Judge.*

Joe Belt was convicted of an offense, and he appeals. Affirmed.

*Fred S. Caldwell,* for the State.

FURMAN, PRESIDING JUDGE. This case has been in this court since June, 1908, and has not been disposed of sooner because not reached on the docket. There are no briefs on file. There being nothing presented by brief, we have examined the record for fundamental errors. We find the information correctly drawn. The testimony fully sustains the verdict, the instructions are free from objections, and the judgment is in regular form. In fact, the case was carefully tried, and the evidence against the defendant is direct and positive. We find no error in the record The judgment of the lower court is affirmed.

DOYLE and OWEN, JUDGES, concur.